UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BRIAN MALLGREN,

                              Plaintiff,

              -against-

UNITED STATES; NEW YORK STATE,

                              Defendants.

25-cv-7349 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the September 22, 2025, order, this action is dismissed without prejudice for Plaintiff's failure to comply with the court's May 4, 2016 order in *Mallgren*, 1:14-CV-1420.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

  Dated:    September
            New York, New York

                              _____/s/ Laura Taylor Swain_____
                                    LAURA TAYLOR SWAIN
                              Chief United States District Judge